Timothy N. CLINTON, Appellant,

v.

Carrie B. CLINTON, Respondent.

No. WD 66639.

Missouri Court of Appeals,
Western District.

Feb. 20, 2007.

Jeffrey T. Adams, for appellant.

Audara L. Lutjen, for respondent.

Before SMART, P.J., EDWIN H.
SMITH and HARDWICK, JJ.

***ORDER***

PER CURIAM.

Timothy Clinton appeals from the dissolution judgment awarding maintenance to Carrie Clinton. Upon review of the briefs and the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).